**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

KING EDWARD HUDSON, # 32816                                                    PETITIONER

vs.                                                    Civil Action No. 4:07-cv-38 HTW-LRA

STATE OF MISSISSIPPI and
LAUDERDALE COUNTY CIRCUIT COURT                                RESPONDENTS

**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the respondents' motion to dismiss [docket # 11] is granted and the petition for writ of habeas corpus is dismissed with prejudice.  The above-styled and numbered cause is fully and finally dismissed with prejudice.

**SO ORDERED, THIS THE 31st day of October, 2007.**

                                                      **s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**